denied. *Acme Finishing Co.* v. *Greenville Finishing Co.*, 43 R. I. 294, 111 A. 721. *Charles J. McGovern, Arthur Novogroski,* for petitioner. *Carroll, Kelly & Murphy, Joseph A. Kelly, James E. Murphy,* for respondents.

M. P. No. 1866. JOSEPH LUCINI v. EILEEN ROSE COURNOYER MAYHEW. Petition for certiorari granted on authority of exception to rule of *Chew* v. *Superior Court,* 43 R. I. 194, 110 A. 605 (1920), enunciated in *Conn* v. *ITT Aetna Finance Co.,* 105 R. I. 397, 252 A.2d 184 (1969). *Gunning, LaFazia, Gnys & Selya, Edward L. Gnys, Jr.,* for plaintiff-respondent. *Higgins, Cavanagh & Cooney, John T. Walsh, Jr.,* for defendant-petitioner.

M. P. No. 1877. CITY OF PROVIDENCE v. LOCAL 799, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL-CIO *et al.* Petition for writ of certiorari granted. *Robert J. McOsker,* City Solicitor, *Vincent J. Piccirilli,* for petitioner. *Hawkins & Hoopis, John P. Hawkins,* for respondents.

M. P. No. 1885. THOMAS R. KNOTT, JR. v. FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus for purpose of admitting petitioner to bail denied. *Thomas R. Knott, Jr.,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.

Ex. No. 1575. STATE v. NICHOLAS A. PALMIGIANO. Motion of defendant for leave to file supplemental brief is granted. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Asst. Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Breslin, Sweeney, Reilly & McDonald, Stephen J. Fortunato, Jr.,* for defendant.

Ex. No. 1798. STATE v. PIERRE GRENIER. Request of defendant for permission to file a brief exceeding fifty pages granted. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Asst. Attorney General, for plaintiff. *Raymond J. Daniels, Charles J. Rogers, Jr.,* for defendant.